UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

JAMES R. MOYSEY, JR.                                                                         PLAINTIFF

V.                                              CIVIL ACTION NO. 3:21-CV-00473-KHJ-MTP

BMR TRANSPORT, LLC AND
RICHARD B. COOK                                                                              DEFENDANTS

ORDER

Before the Court is [64] Defendants' Motion to Seal Certain Exhibits Containing Personal and Health Information. The Court orders as follows:

1. Defendants' Motion [64] is granted because the documents at issue contain Plaintiff's health information and other personal information.

2. Defendants should present a copy of this Order, along with a copy of each document that Defendants wish to file under restricted access, to the Clerk for docketing. The Clerk should docket the documents under restricted access, visible only to the Court and the parties.

SO ORDERED AND ADJUDGED, this the 18th day of November, 2022.

*s/ Kristi H. Johnson*
UNITED STATES DISTRICT JUDGE